## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CRYSTAL SPRING HOG EQUIPMENT, LTD, Corp.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| | ) | 8:09CV147 |
| v. | ) ) | ORDER |
| **THORP EQUIPMENT, INC.,** | ) ) | |
| **Defendant.** | ) | |

Upon notice of settlement given to the magistrate judge on July 31, 2009, by counsel for the plaintiff Dennis L. Thomte,

**IT IS ORDERED that:**

1. **On or before August 14, 2009**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned magistrate judge, at *thalken@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The deadline for submitting a planning report is stayed upon the representation that this case is settled.

DATED this 31st day of July, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge