IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
AUG 12 2009
OFFICE OF THE CLERK

| | |
|---|---|
| CRYSTAL SPRING HOG EQUIPMENT LTD., CORP., a Canadian limited corporation,<br><br>Plaintiff<br><br>vs<br><br>THORP EQUIPMENT, INC., a Wisconsin corporation<br><br>Defendant. | Case No. 8:09-CV-00147-TDT<br><br>STIPULATION OF DISMISSAL |

COME NOW the parties to this action, through their respective attorneys, stipulating that the above-entitled action be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

CRYSTAL SPRING HOG EQUIPMENT LTD., CORP.

By s/ Dennis L. Thomte
Dennis L. Thomte, #14196
Attorney for Plaintiff
THOMTE PATENT LAW OFFICE, LLC
2120 South 72nd Street, Suite 1111
Omaha, Nebraska 68124
(402) 392-2280 Phone; (402) 392-0734 Fax
thomte@thomtelaw.com

THORP EQUIPMENT, INC.

By s/ Jon J. Puk
Jon J. Puk, #20137
Attorney for Defendant
Walentine, O'Toole, McQuillan & Gordon
11240 Davenport Street
PO Box 540125
Omaha, NE 68154-0125
(402) 330-6300 Phone; (402) 330-6303 Fax
jjpuk@womglaw.com

IT IS SO ORDERED:

Thomas D. Thalken
United States Magistrate Judge